IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RACHEL HEARD**                                                                                        **PLAINTIFF**

V.                                            4:23CV00614 JM

**ARKANSAS ENTERPRISES FOR
THE DEVELOPMENTALLY
DISABLED, INC.**                                                                                        **DEFENDANT**

## ORDER

Pending is the Defendant's motion to dismiss Plaintiff's complaint. Plaintiff has responded to the motion.

Plaintiff was employed by the Defendant as a Direct Support Professional. Her duties included caring for adults with mental disabilities in their homes. In 2020, Plaintiff was diagnosed with Depressive Disorder following the birth of her child. She informed the Defendant that she was under a doctor's care and being placed on medication for Depressive Disorder. On January 12, 2023, Plaintiff experienced a resurgence of active symptoms of her Depressive Disorder, as she had done periodically since her diagnosis.

Plaintiff recognized a need to attend to her condition and requested one day of leave. She followed the employee handbook and texted a written request for leave on January 12, 2023 for a day off on January 13, 2023. Plaintiff's direct supervisor approved the leave request and did not request any documentation verifying her disability or need for accommodation. However, the next day Plaintiff's supervisor reassigned Plaintiff's client to another employee and stated that she didn't want Plaintiff to be "overwhelmed." Plaintiff was terminated.

When Plaintiff followed up to ask the reason for her termination, Defendant offered shifting explanations. Plaintiff alleges that the inconsistent reasons offered for her termination

were pretext for discharge based on her Depressive Disorder. At all times prior to her termination, Plaintiff was a good employee who was entrusted by her supervisors to work with patients who had high support needs. She had never been disciplined while employed by the Defendant.

Plaintiff exhausted her administrative remedies and received a Notice of Right to Sue the Defendant on March 8, 2023. She filed suit in this Court the following June alleging Defendant terminated her in violation of the Americans with Disabilities Act of 1990 and the Arkansas Civil Rights Act of 1993. She also alleges that Defendant harassed her based upon her disability such that a reasonable person would consider her work environment to be intimidating, hostile or abusive.

Defendant filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Under Rule 12(b)(6), "dismissal is appropriate only if it is clear that no relief can be granted under any set of facts that could be proved consistent with the allegations." *Reeve v. Oliver*, 41 F.3d 381, 382 (8th Cir.1994). Therefore, in reviewing a motion to dismiss, the Court must assume all facts alleged by Plaintiff are true. "To avoid dismissal, a complaint must allege facts sufficient to state a claim as a matter of law and not merely legal conclusions." *Young v. City of St. Charles, Mo.*, 244 F.3d 623, 627 (8th Cir.2001).

The Court finds that Plaintiff's ADA and ACRA are not time-barred. She filed suit within ninety days of receiving her Right to Sue Notice. Plaintiff has also pled sufficient facts to state a plausible claim under the ADA and ACRA.

However, the Complaint lacks sufficient facts to support her claim for hostile work environment. Plaintiff merely alleges that Defendant "harassed" her. The Court will allow Plaintiff to amend her Complaint to include additional facts to support this claim. The

amendment must be filed on or before November 6, 2023 or the Court will dismiss the hostile work environment claim.

Defendant's motion to dismiss is DENIED as to Plaintiff's claims under the ADA and ACRA for discrimination based upon her alleged disability. The Court will hold in abeyance the motion to dismiss Plaintiff's hostile work environment claim until November 7, 2023.

IT IS SO ORDERED this 30th day of October, 2023.

_____
James M. Moody Jr
United States District Judge