IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RACHEL HEARD                                                                 PLAINTIFF

V.                                4:23CV00614 JM

ARKANSAS ENTERPRISES FOR
THE DEVELOPMENTALLY
DISABLED, INC.                                                DEFENDANT

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 27th day of September, 2024.

_____
James M. Moody Jr.
United States District Judge